IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRYL M. EDNEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D17-0697

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 4, 2017.

An appeal from the Circuit Court for Leon County.
Robert Wheeler, Judge.

Darryl M. Edney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROWE, JJ., CONCUR.